**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:20CR00076-001 |
| ) | |
| Jason Andrew Bairos ) | |
| ) | |

On July 24, 2015, the above-named was sentenced in the District of Montana to Supervised Release for a period of five years. Supervision commenced on January 11, 2019. On April 20, 2020, jurisdiction was transferred to the Eastern District of California.

Mr. Bairos has complied with the rules and regulations of Supervised Release, maintained stable employment and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision. The United States Attorney's Office does not oppose to this recommendation.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *Marissa Frazure* | *[signature]* |
| **Marissa Frazure** | **Ronnie Preap** |
| **United States Probation Officer Assistant** | **Supervising United States Probation Officer** |

**Dated:** December 12, 2022
Bakersfield, California
MAF

1

**Re:** **Jason Andrew Bairos**
   **Docket Number:   0972 1:20CR00076-001**
   <u>Report and Order Terminating Supervised Release</u>
   <u>Prior to Original Expiration Date</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jason Andrew Bairos be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   <u>December 12, 2022</u>           _____
                                                              UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

CC:   AUSA (NAME)—Duty
        FLU Unit—United States Attorney's Office
        Fiscal Clerk—Clerk's Office
        Supervisee—Jason Andrew Bairos